UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFREM WALKER,

        Plaintiff,

v.

Case No.   11-12085

HONORABLE AVERN COHN

9912 EAST GRAND RIVER
ASSOCIATES, LP,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on April 03, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: April 3, 2012    By: s/Julie Owens
        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 3, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160